BAK-A-LUM CORPORATION OF AMERICA v.
ALCOA BUILDING PRODUCTS, INC.

April 24, 1975. Cross-petition for certification granted.

STATE OF NEW JERSEY v. LAWRENCE HOLUB.

April 24, 1975. Petition for certification denied.

MARGATE CIVIC ASSOCIATION v.
BOARD OF COMMISSIONERS OF THE CITY OF MARGATE.

April 24, 1975. Petition for certification denied. (See 132 *N. J. Super.* 58).

STATE OF NEW JERSEY v. RONALD WALSH.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST SIMON.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL H. STEVENSON.

April 24, 1975. Petition for certification denied.